NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEONARDO SOCCOLICH and             )
MILA PAPIC-SOCCOLICH,               )
                                    )
        Appellants,                 )
                                    )
v.                                  )        Case No. 2D18-504
                                    )
WILMINGTON SAVINGS FUND             )
SOCIETY, FSB, d/b/a CHRISTIANA      )
TRUST, not in its individual capacity )
but solely as Trustee for Brougham  )
Fund I Trust,                       )
                                    )
        Appellee.                   )
_____)

Opinion filed July 12, 2019.

Appeal from the Circuit Court for
Manatee County; Lon Arend, Judge.

Leonardo Soccolich and Mila Papic-
Soccolich, pro se.

Shannon T. Sinai and Brandon S. Vesely
of Albertelli Law, Tampa, for Appellee
Wilmington Savings Fund Society, FSB.

PER CURIAM.

        Affirmed.

KHOUZAM, C.J., and LUCAS and ROTHSTEIN-YOUAKIM, JJ., Concur.